

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00314-CV

**IN THE INTEREST OF A.R.M.**, et al., Children
Appellant

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02201
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs of court are taxed in this appeal.

SIGNED November 4, 2015.

_____
Patricia O. Alvarez, Justice